UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIALIS GONZALEZ TAMAYO,<br>(A-Number: 244-733-804)<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY<br>CORRECTIONAL CENTER, et al.,<br><br>Respondents. | No.  1:26-cv-03867-KES-FJS (HC)<br><br>ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED<br><br>[30-DAY DEADLINE] |

Petitioner has filed a petition for writ of habeas corpus challenging his indefinite detention by the United States Bureau of Immigration and Customs Enforcement ("ICE").

Petitioner is a citizen of Cuba who was detained on August 8, 2025. (ECF No. 1 at 1.) He states he has been continuously detained since then and his detention has become unreasonably prolonged in violation of his due process rights.

Because Petitioner may be entitled to relief if the claimed violations are proved, Respondent IS ORDERED TO SHOW CAUSE why the Petition should not be granted.  Rule 4, Rules Governing Section 2254 Cases; *see* Rule 1(b), Rule 11, Rules Governing Section 2254 Cases; Fed. R. Civ. P. 81(a)(2).  Respondent SHALL INCLUDE a copy of all relevant portions of Petitioner's alien file and any other documentation relevant to the determination of the issues raised in the petition. Rule 5 of the Rules Governing Section 2254 Cases.  In the event the

1

Petitioner is released from ICE custody during the pendency of this Petition, the parties SHALL notify the court by filing a motion to dismiss the Petition or other proper pleading.

Accordingly, it is HEREBY ORDERED:

1. Respondent is ORDERED TO SHOW CAUSE why the Petition should not be granted. The response to the order to show cause is due within THIRTY (30) days of the date of service of this order.

2. Petitioner may file a traverse to the response within THIRTY (30) days of the date the response to the order to show cause is filed with the court.

The court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(h).  As such, the matter will be taken under submission following the filing of Petitioner's traverse or the expiration of the time for filing the traverse.  All other briefing in this action is suspended.

IT IS SO ORDERED.

Dated:   **May 22, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2